446 A.2d 671

Commonwealth v. Nolan a/k/a Rafferty, Appellant.

Petition for Allowance of Appeal Denied Sept. 9, 1982.

Submitted March 10, 1982. Joseph B. Vanwyk, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and LIPEZ, JJ.

Order affirmed.